# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 14, 2007

132917

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PAUL G. GREEN, II, Personal
Representative of the Estate of
Paul Gerald Green, Deceased,
       Plaintiff-Appellant,

v

                                    SC: 132917
                                    COA: 257802
                                    Berrien CC: 04-003044-NH

CHARLES G. PIERSON, M.D.,
BARBARA CARLSON, M.D.,
SOUTHWESTERN MEDICAL
CLINIC, P.C., RICHARD
KAMMENZIND, M.D.,
HEALTHCARE MIDWEST
INTERNAL MEDICINE,
THOMAS POW, M.D., GREAT
LAKES HEART & VASCULAR
INSTITUTE, P.C., and LAKELAND
MEDICAL CENTER, ST. JOSEPH,
Jointly and Severally,
       Defendants-Appellees.

_____/

       By order of May 30, 2007, the application for leave to appeal the November 30, 2006 judgment of the Court of Appeals was held in abeyance pending the decision in *Mullins v St Joseph Mercy Hosp* (Docket No. 131879). On order of the Court, the case having been decided on November 28, 2007, ___ Mich ___ (2007), the application is again considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REVERSE the judgment of the Court of Appeals and REMAND this case to the Berrien Circuit Court for entry of an order denying the defendants' motion for summary disposition and for further proceedings not inconsistent with this order and the order in *Mullins*.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 14, 2007

Clerk